**Delmar COOPER, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 44504.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 21, 1983.

George A. Dorsey, Clayton, for movant-appellant.

John Ashcroft, Atty. Gen., George W. Cox, III, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

This is an appeal from a denial, after an evidentiary hearing, of a Rule 27.26 motion. Affirmed. Rule 84.16(b).